AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |
| | McALLEN DIVISION | |

**UNITED STATES OF AMERICA**
**V.**
**Eduardo Jose Nunez-Garcia**

United States Courts
Southern District of Texas
FILED

*December 02, 2022*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:        M-22-2321-M

**IAE**     YOB:    **1995**
**El Salvador**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about _____ **December 1, 2022** _____ in _____ **Starr** _____ County, in

the _____ **Southern** _____ District of _____ **Texas** _____
*(Track Statutory Language of Offense)*
the Defendant being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title _____ **8** _____ United States Code, Section(s) _____ **1326** _____ (Felony) _____
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Eduardo Jose Nunez-Garcia was encountered by Border Patrol Agents near Rio Grande City, Texas on December 1, 2022. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 1, 2022, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 15, 2017, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:        ☐ Yes  ☒ No

Complaint authorized by AUSA E. Flores
Submitted by reliable electronic means, sworn to and attested
telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

December 2, 2022    **7:44 AM**

/s/    **Christian Salmon**
**Signature of Complainant**

Christian Salmon                    **Border Patrol Agent**

**Nadia S. Medrano** , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**